

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roy Neal Shelling, Jr., Appellant

No. 06-13-00055-CV          v.

Charles A. Thomas, et al., Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 11C1073-202).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Roy Neal Shelling, Jr., has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 21, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk